1020

[No. 54673-2-I.   Division One.   June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON RASHAUD COE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-00737-4, Leroy McCullough, J., entered July 28, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 30587-9-II.   Division Two.   June 28, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. LANCE A. BURCH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01705-5, Rosanne Buckner, J., entered July 11, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 30985-8-II.   Division Two.   June 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WILLIAM GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-00325-2, H. John Hall, Jill Johanson, and James E. Warme, JJ., entered October 9, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 31270-1-II.   Division Two.   June 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN C. KRENZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00338-0, David E. Foscue, J., entered December 22, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Morgan, A.C.J., and Bridgewater, J.